BILAL A. ESSAYLI
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
TINA L. NAICKER, CSBN 252766
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy
6401 Security Boulevard
Baltimore, MD 21235
Telephone: 510-970-4842
Tina.naicker@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| NICOLE SHANNON YOUNG, <br><br> Plaintiff, <br><br> v. <br><br> FRANK BISIGNANO, <br><br> Commissioner of Social Security, <br><br> Defendant. | No. 25-CV-00888-KK-SK <br><br> JUDGMENT OF REMAND |

1     IT IS ORDERED AND ADJUDGED that this case is reversed and remanded
2 pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner of Social
3 Security for further administrative proceedings pursuant to this Court's ORDER of
4 remand, issued on September 29, 2025.   (JS-6)

6 DATED: 09/29/2025     _____
7                    HONORABLE KENLY KIYA KATO
8                    UNITED STATES DISTRICT JUDGE